IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KEN FLYNT**                                                                                          **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO: 3:11CV22HTW-LRA**

**BIOGEN IDEC, INC.**                                                                          **DEFENDANT**

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff by and through counsel and serves this his Response to Defendant's Motion for Summary Judgment.  In support, Plaintiff attaches the following exhibits:

      A.    Affidavit of Plaintiff.

For the reasons explained in Plaintiff's supporting memorandum brief, the Defendant's Motion for Summary Judgment should be denied.

THIS the 5th day of December, 2011.

                                      Respectfully submitted,
                                      s/ Nick Norris
                                      NICK NORRIS. (MB# 101574)
                                      Attorney for Plaintiff

OF COUNSEL:

LOUIS H. WATSON, JR., P.A.
628 N. State Street
Jackson, Mississippi 39202
(601) 968-0000
Fax: (601) 968-001
nick@louiswatson.com

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to the following attorneys:

>Brandon M. Cordell
>Mississippi Bar No. 100646
>Jackson Lewis LLP
>1155 Peachtree Street, Suite 1000
>Atlanta, GA 30309-3600
>Phone – (404) 586-1821
>Fax – (404) 525-1173
>cordellb@jacksonlewis.com

SO CERTIFIED, this the 5th day of December, 2011.

>s/ Nick Norris
>NICK NORRIS